Michael B. Miller
Attorney at Law
P.O. Drawer 1630
Crowley, LA 70527-1630

**REHEARING ACTION: July 8, 2009**

**Docket Number: 08   01186-WCA**

**GILBERT MOUTON, JR.**
**VERSUS**
**GULFSTREAM SERVICES**

**Appealed from Office of Workers' Compensation - # 4 Case No. 05-08351**

**BEFORE JUDGES:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. Billy Howard Ezell**
      **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gilbert Mouton, Jr.** has this day been

> **GRANTED**. The court granted the rehearing in this matter for the
> limited purpose of amending the workers' compensation judgment to
> reflect the proper date that Gilbert Mouton began receiving workers'
> compensation benefits. The workers' compensation judgment incorrectly
> stated that workers' compensation weekly benefits began on November
> 17, 2007, when benefits actually began on November 17, 2005. Pursuant
> to La.Code Civ. P. art. 2164, this court finds that it is just, legal and
> proper to amend the judgment of the office of workers' compensation to
> reflect that weekly benefits began on November 17, 2005.

cc: Travis Ron LeBleu, Counsel for the Appellant

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**